IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:23-cv-378-SPC-NPM

ROBERT ALLEN,

    Plaintiff,

Vs.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST, and gives notice that the parties reached a settlement of all claims related to this action on August 22, 2023. The parties request thirty (30) days to submit a Joint Stipulation of Dismissal to allow for an exchange of the executed release and settlement drafts.

BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ Tracy A. Jurgus*
TRACY A. JURGUS, ESQ.
Florida Bar No.: 483737
tjurgus@butler.legal
AMY B. FUERTES, ESQ.
Florida Bar No.: 85416
afuertes@butler.legal

        Mail Center: 400 N. Ashley Drive, Suite 2300
        Tampa, Florida  33602
        Telephone:  (305) 416-9998
        Facsimile:   (305) 416-6848
        Secondary:    anorwitch@butler.legal
        *Attorneys for Defendant, Hartford Insurance Company of the Midwest*

### CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

Matthew A. Kassel, Esq.
Kassel Law Group, PLLC
4016 Henderson Boulevard, Suite E
Tampa, FL  33629
matt@kassellawgroup.com
Secondary:  nicole@kassellawgroup.com;
christina@kassellawgroup.com;amelia@kassellawgroup.com
*Attorneys for Plaintiff, Robert Allen*

John P. Sacks, Esq.
Kassel Law Group, PLLC
4016 Henderson Boulevard, Suite E
Tampa, FL  33629-4940
jsacks@thesackslawgroup.com
*Attorneys for Plaintiff, Robert Allen*

By e-mail on August 22, 2023.

        */s/ Tracy A. Jurgus*
        TRACY A. JURGUS, ESQ.